Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: bankruptcy@seabrooklawoffices.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:                              ) CASE NO.: 17-52709-SLJ
                                    )
ANN BATINOVICH                      ) CHAPTER 13
                                    )
                                    )
                                    ) MOTION TO EXTEND TIME
            Debtor(s)               )
                                    )
                                    ) NO HEARING REQUIRED
                                    )
                                    )
                                    )
                                    )
                                    )

## MOTION TO EXTEND TIME

Pursuant to 11 U.S.C. section 521(i)(3), the Debtor, Ann Batinovich, requests an extension of time for an additional four (4) days to file required documents pursuant to Bankruptcy Rule 1007(c). The Debtor requests this four (4-day) extension of time to file the required documents with the Court due to the health concerns faced by her attorney, Paul

Seabrook, in the days leading up to the deadline issued in the Court's last order. In support of this request, the Debtor argues as follows:

1. The Debtor filed her bankruptcy case in good faith.

2. The Debtor's attorney has experienced medical concerns that have made it very difficult for him to attend to the matters that require his attention. He has not had the capacity to make it into the office or do much of anything past making his required court hearings. This health concern has now passed and Mr. Seabrook believes he will be able to meet with his client shortly and provide the necessary documents by the close of business on December 12, 2017.

3. Accordingly, the Debtor respectfully requests a four (4) day extension of time so that she can complete the necessary paperwork to complete her bankruptcy filing.

4. The Debtor understands that if the extension of time is granted and she fails to file documents within the extended time period or obtain another extension, an Order and Notice of Dismissal for Failure to Comply may be entered and the case may be dismissed.

    RESPECTFULLY SUBMITTED:

Dated: December 8, 2017

                                          /s/ Paul Seabrook
                                          Paul Seabrook,
                                          ATTORNEY FOR DEBTOR