UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:  ) Bankruptcy No.: 17-52709-SLJ
  ) R.S. No.: JHR-108
ANN BATINOVICH ) Hearing Date: January 10, 2018
  ) Time: 11:00 a.m.
Debtor(s) )
_____ )

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: 11-8-2017  Chapter: 13
  Prior hearings on this obligation: none  Last Day to File §523/§727 Complaints: n/a

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

  Secured Creditor [ ] or lessor [ ]
  Fair market value: $_____  Source of value: _____
  Contract Balance: $_____  Pre-Petition Default: $_____
  Monthly Payment: $_____  No. of months: _____
  Insurance Advance: $_____  Post-Petition Default: $_____
      No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA): Single family residence

  Fair market value: $2,270,766  Source of value: Schedules in husband's case (#17-52444 Victor Batinovich)
  If appraisal, date: 2/22/2015 for $2,300,000 when loan was made

  Moving Party's position (first trust deed, second, abstract, etc.): Third deed of trust

  Approx. Bal. $1,166,874.07  Pre-Petition Default: $1,140,266.18
  As of (date): 12-31-2017  No. of months: 24, loan is fully matured
  Mo. payment: $8877.24 (interest only)  Post-Petition Default: $26,607.89
  Notice of Default (date): 4-5-2017  No. of months: approx. 2 plus insurance advance, attys' fees
  Notice of Trustee's Sale: 8-4-2017  Post-Petition Insurance Advance: $4466.59

  Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount (est) | Mo. Payment (est.) | Defaults (est.) |
|---|---|---|---|
| 1st Trust Deed: Wells Fargo | $448,959.97 | $13,709.51 (est) | $43,047.40 (est) |
| 2nd Trust Deed: Seterus/Fannie Mae | $65,445.00 | $3,715.00 | $22,762.65 (est) |
| See attachment for other liens | $1,039,967.90 | Unknown | $1,033,593.79 (est) |
| (Total) | $1,554,372.87 | $17,424.51 | $1,099,403.84 (est) |

Other pertinent information: Husband filed two bankruptcy cases, #17-52444 is pending at this time and dismissal hearing is scheduled for same day. No schedules filed at time of this Motion. Movant has advanced insurance post-petition of $4,466.59 for replacement fire insurance. Motion alternatively seeks dismissal or adequate protection.

Dated: December 13, 2017  Binder & Malter LLP

  By: /s/ Julie H. Rome-Banks
     Julie Rome-Banks
     Attorneys for Movant

List of Additional Liens and Encumbrances:

| Additional Lien Claimants | Lien Amount | Defaults (est). |
|---|---:|---:|
| County of Santa Clara Real Property Taxes | $12,748.24 | $6,374.12 |
| 4th – Wells Fargo Bank abstract (Victor) | $487,250.93 | $487,250.93 |
| 5th – IRS Tax Lien (Ann) | $73,178.58 | $73,178.588 |
| 6th – Dept. of Labor abstract (Victor) | $410,647.68 | $410,647.68 |
| 7th - State of California Tax Lien (Victor) | $38,030.54 | $38,030.54 |
| 8th – State of California Tax Lien (Ann) | $18,111.93 | $18,111.93 |
| Total | $1,039,967.90 | $1,033,593.79 |