Michael W. Malter, Esq. (SBN 96533)
Julie H. Rome-Banks, Esq. (SBN 142364)
David B. Rao, Esq. (SBN 103147)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: michael@bindermalter.com
Email: Julie@bindermalter.com
Email: david@bindermalter.com

Attorney for Secured Creditor
Thomas P. Tuttle and Catherine M. Tuttle, Trustees of the
Tuttle 2000 Living Trust dated 11/22/00

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| In re: | Case No. 17-52709-SLJ |
|---|---|
| ANN BATINOVICH, | Chapter 13 |
| | Date: January 10, 2018 |
| | Time: 11:00 a.m. |
| | Courtroom: 3099 |
| Debtor. | |
| | R.S. No.: JHR-108 |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY, FOR ADEQUATE PROTECTION, OR IN THE ALTERNATIVE FOR DISMISSAL OF <u>BANKRUPTCY CASE</u>**

TO: Debtor, Ann Batinovich, her attorney Paul Seabrook, the Chapter 13 Trustee, and the United States Trustee:

PLEASE TAKE NOTICE that on January 10, 2018 at 11:00 a.m., before the Honorable Stephen L. Johnson, Bankruptcy Judge, at the United States Bankruptcy Court located at 280 S. First Street, Courtroom 3099, San Jose, California, 95113, Secured Creditor Thomas P. Tuttle and Catherine M. Tuttle, Trustees of the Tuttle 2000 Living Trust dated 11/22/00 ("Movant"), will, and hereby does move this Court to make an Order terminating the automatic stay of 11 U.S.C. §362(a), with respect to Movant and the real property commonly known as 3085 Paseo Vista Avenue, San

Martin, California, and authorizing Movant to proceed as provided by the laws of the State of California to foreclose upon its deed of trust secured on said premises and thereafter to allow Movant or such party as is the winning bidder at such foreclosure sale to recover possession of said premises. Alternatively, the Motion seeks adequate protection of Movant's interest in the real property.

Alternatively, the Motion seeks dismissal of this bankruptcy case on the grounds that the Debtor does not qualify to be a debtor in chapter 13 pursuant to 11 U.S.C. §109(e) because the Debtor exceeds the statutory debt limitations for noncontingent, liquidated secured debts of $1,184,200 and further because the Debtor exceeds the statutory debt limitations for noncontingent, liquidated unsecured debts of $394,725.

PLEASE TAKE FURTHER NOTICE that the failure by the Debtor and the Chapter 13 Trustee to appear either in person or through counsel at the time and place of the hearing on this matter may result in the Court granting the relief requested herein.

Any opposition to the alternative request for dismissal of this bankruptcy case shall be filed and served at least 14 days prior to the scheduled hearing date. The above hearing date and time have been specially set by the Court.

Said Motion is based upon the within Notice and Motion, the accompanying Declarations, and all of the records, papers, and documents on file in the case herein as well as the bankruptcy cases filed by Debtor's husband, Victor Batinovich.

Dated: December 13, 2017                                BINDER & MALTER, LLP


By: */s/ Julie H. Rome-Banks*
     Julie H. Rome-Banks
     Attorney for Movant

NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY, FOR ADEQUATE PROTECTION OR IN THE ALTERNATIVE FOR DISMISSAL OF BANKRUPTCY CASE
Page 2
Case: 17-52709   Doc# 16   Filed: 12/13/17   Entered: 12/13/17 15:39:44   Page 2 of 2