DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

ANN BATINOVICH

Debtor(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 13
Case No.  17-52709 SLJ

TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

341 Meeting: Date: : DECEMBER 27, 2017 @ 10:30 AM
Initial Confirmation Date: JANUARY 10, 2018
Initial Confirmation Time: 9:55 AM
Place: 280 S. 1st Street Room 3099
           San Jose, CA
Judge:  Stephen L. Johnson

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Debtor has not provided the Trustee with pay advices required by General Order 32 and/or with federal and state income tax returns (and W-2's if applicable) required to be filed for the most recent tax year ending before the commencement of the case.  Because these documents have not been provided, the Trustee cannot perform the analysis needed in order to determine whether the tests for confirmation in 11 U.S.C. §1325 (a) and (b) are met.  Until these documents are provided, the case will not be analyzed.

Trustee's Obj to Confirmation – 17-52709 SLJ

| | |
|---|---|
| 1 | 2. The Debtor has failed to comply with 11 U.S.C. §§109(h). Pursuant to Exhibit D – |
| 2 | Individual Debtor's Statement of Compliance with Credit Counseling Requirement – the |
| 3 | Debtor received credit counseling within 180 days before filing of the Petition; however, |
| 4 | the Debtor have failed to file a Certificate of Credit Counseling. |

Dated: December 21, 2017   /S/ Devin Derham-Burk

_____

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the within Objection to Confirmation, by placing same in an envelope in the U.S. Mail at Los Gatos, California on December 21, 2017. Said envelopes were addressed as follows:

ANN BATINOVICH
3085 PASEO VISTA
SAN MARTIN, CA 95046

SEABROOK LAW OFFICES
2055 JUNCTION AVE #138
SAN JOSE, CA 95131

/S/ Clotilde Costa
Office of Devin Derham-Burk, Trustee