

**The following constitutes**
**the order of the court. Signed January 11, 2018**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANN BATINOVICH,<br><br>                Debtor(s). | Case No.: 17-52709 SLJ<br><br>Chapter 13<br><br>Date: January 10, 2018<br>Time: 11:00 a.m.<br>Ctrm: 3099 |

**ORDER GRANTING MOTION TO DISMISS CASE**

Creditors Thomas and Catherine Tuttle's Motion for Relief from Automatic Stay, For Adequate Protection, or in the alternative for Dismissal of Bankruptcy Case ("Motion") came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons stated on the record,

IT IS HEREBY ORDERED that request to dismiss the case is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED, effective January 19, 2018.

*** END OF ORDER ***

ORDER DISMISSING CASE      1

Court Service List

ECF NOTIFICATIONS

ORDER DISMISSING CASE 2